ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Barnard Construction Company, Incorporated | ) ASBCA Nos. 63387, 63749 |
| | ) |
| | ) |
| Under Contract No. W912EP-15-C-0021 | ) |

APPEARANCES FOR THE APPELLANT:     Brian R. Dugdale, Esq.
                                   Todd R. Metz, Esq.
                                   Owen S. Walker, Esq.
                                   Miles Stanislaw, Esq.
                                     Varela, Lee, Metz & Guarino, LLP
                                     Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                     Engineer Chief Trial Attorney
                                   Kristin M. Bigham, Esq.
                                   James M. Zaleski, Esq.
                                   Amber R. Jackson, Esq.
                                   Catherine Awasthi, Esq.
                                     Engineer Trial Attorneys
                                     U.S. Army Engineer District, Jacksonville

                                   Allie E. Vandivier, Esq.
                                   Lucas J. Dalton, Esq.
                                     Engineer Trial Attorneys
                                     U.S. Army Engineer District, Savannah

OPINION BY ADMINISTRATIVE JUDGE HERZFELD

     The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

     It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that these appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $55,680,000. This amount is inclusive of fees, costs, and Contract Disputes Act interest.

No further fees, cost, or interest shall be paid.

Dated:  December 6, 2024

_____
DANIEL S. HERZFELD
Administrative Judge
Armed Services Board
of Contract Appeals

I <u>concur</u>

_____
OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I <u>concur</u>

_____
J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 63387, 63749, Appeals of Barnard Construction Company, Incorporated, rendered in conformance with the Board's Charter.

Dated:  December 6, 2024

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2